# Third District Court of Appeal
## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1945
Lower Tribunal No. 18-7005
_____

**Cecilia Lopez,**
Appellant,

vs.

**Deutsche Bank National Trust Company, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

John Paul Arcia, P.A., and Michael Farrar, for appellant.

Law Firm of Gary M. Singer, P.A., and Gary M. Singer (Fort Lauderdale), for appellee McCormick 105, LLC.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.